1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAC GARCIA-GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. DOER, et al.,<br><br>　　　　　Defendants. | No.  1:24-cv-01559 GSA (PC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE SIX-MONTH PRISON TRUST FUND ACCOUNT STATEMENT<br><br>See 28 U.S.C. § 1915(a)(2) |

　　　Plaintiff, a federal inmate proceeding pro se, has filed a civil rights action pursuant to Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971) and various federal statutes, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  See ECF Nos. 1, 2.  Plaintiff has not, however, filed a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a certified copy of his inmate trust account statement.

　　　Accordingly, IT IS HEREBY ORDERED that within thirty days from the date of this order, Plaintiff shall submit a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint.

1

**Plaintiff is cautioned that failure to comply with this order within the time allotted may result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated: __**December 19, 2024**__              _____/s/ Gary S. Austin_____
                                                                  UNITED STATES MAGISTRATE JUDGE